UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ROSANNA BARRERA, | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | **1:25-CV-01487-ADA-DH** |
| | § | |
| LDG RIVERSTONE LP, ET AL., | § | |
| *Defendants.* | § | |
| | § | |

## ORDER

Before the Court is the report and recommendation of United States Magistrate Judge Dustin M. Howell. Dkt. 4. The report and recommendation addressed the merits of Plaintiff's claims and recommended that Plaintiff Barrera's claims brought under Section 1983 be **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B) but that Barrera's Fair Housing Act claims be allowed to proceed. *Id.* The report and recommendation also ordered the Clerk of the Court to issue summons and the United States Marshal to commence service of process, including service of Barrera's complaint upon the Defendants under Rules 4 and 5 of the Federal Rules of Civil Procedure, as the Fair Housing Act claims are proceeding. Judge Howell issued the report and recommendation on December 8, 2025. As of the date of this order, no party has filed objections to the report and recommendation.

A party may file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b)(1). When no objections are timely filed, the Court reviews the

magistrate judge's report and recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

Because the parties have not filed timely objections, the Court has reviewed Judge Howell's report and recommendation for clear error. Having found no such error, the Court finds that the report and recommendation should be adopted.

Accordingly, the Report and Recommendation of the United States Magistrate Judge (Dkt. 4) is **ADOPTED**.

Plaintiff Barrera's claims under Section 1983 are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B). Plaintiff Barrera's Fair Housing Act claims will continue.

**SIGNED** on February 5, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE